File No.: 13815

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 23-21984 GLT |
| | : | |
| David L. Mattis and C. Michelle Mattis, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. |
| | : | |
| David L. Mattis and C. Michelle Mattis, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

### SUPPLEMENTAL CERTIFICATION TO THE STATEMENT REQUIRED BY 11 U.SC.§ 329 AND BANKRUPTCY RULE 2016 DISCLOSING ANY PAYMENTS COUNSEL RECEIVED ON BEHALF OF THE DEBTOR TO FUND THE COSTS AND EXPENSES OF THE BANKRUPTCY CASE

AND NOW COMES, Daniel R. White, Esquire and Zebley, Mehalov & White, P.C., Counsel for Debtors and files this Supplemental Certification regarding payments received by or on behalf of the Debtors related to the filing of their bankruptcy case as follows:

1. Counsel consulted with Debtors on September 13, 2023 and determined that they had a Sheriff Sale scheduled on their residence for September 21, 2023. Debtors indicated that they had the ability to pay no money for their bankruptcy case until the last week of September or early October, 2023.

2. An in person appointment was scheduled for Debtors to review and sign an emergency bankruptcy petition on September 19, 2023. Their emergency petition was filed on September 19, 2023 with Debtors paying no money to Counsel's office.

3. Counsel prepared and filed the Form 103A Application for Individuals to Pay Filing Fee in Installments which was filed with Debtors' petition.

4. Debtors appeared in person at Counsel's office and paid sufficient funds in cash to pay the full filing fee on September 26, 2023.

5. Counsel paid the full filing fee through PACER on September 27, 2023.

Date: September 27, 2023

Zebley Mehalov & White, P.C.

By  /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    E-mail: dwhite@Zeblaw.com
    Attorney for Debtors