IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| | : |
| David L. Mattis & C. Michelle Mattis, | : |
| | : |
| | : |
| Debtors. | : Case No. 23-21984 GLT |

## AFFIDAVIT OF INCOME

David L. Mattis, Debtor in the within bankruptcy, states that he is employed as a Substitute Teacher by Connellsville Area School District. From January 1, 2023, through the present, he has earned $4,438. He also receives Social Security retirement benefits of $2,114 monthly and a pension through First Energy of $1,344 monthly. He has no income from any other source.

C. Michelle Mattis, Co-Debtor, states that she is employed as a Student Aid by Connellsville Area School District. From January 1, 2023, through the present, she has earned $14,763. She also receives Social Security retirement benefits of $1,513 monthly and a pension through Highlands Hospital of $222 monthly. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_/s/ David L. Mattis_____
David L. Mattis, Debtor

_/s/ Michelle Mattis_____
C. Michelle Mattis, Co-Debtor

ProSoft Paystub Reprint                                                                     Generated: 10/02/2023 | 11:05:52 PM

SSN XXX-XX-XXXX   Name: MICHELLE C MATTIS   Dept: 08   Loc: 28 Emp # 2648   Connellsville Area School District
                                                                            Check #: D0341185

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Special Ed Aide 59.500 @ $17.65 | $1,050.18 | $13,351.39 | FIT (S 0) | $52.94 | $906.25 |
| Summer Work | | $938.88 | Medicare | $11.72 | $192.10 |
| Retro | | $72.50 | Social Security | $50.11 | $821.33 |
| Extra Duty | | $400.00 | State Tax - Pennsylvania | $24.81 | $406.70 |
| | | | PA Unemp Comp | $.74 | $10.34 |
| | | | EIT 260308 - 1.0000% | $8.08 | $132.46 |
| | | | Ret. TG (DB) 5.5% | $65.64 | $922.68 |
| | | | DDN Deposit (CK) | $565.26 | $9,237.62 |
| | | | AFLAC 125-9 | $92.91 | $92.91 |
| | | | American Fidelity Flex 12 | $100.00 | $800.00 |
| | | | DEN 125 | $43.61 | $553.29 |
| | | | VIS 125 | $5.48 | $69.32 |
| | | | Ret. TG (DC) 2.75% | $28.88 | $405.98 |
| | | | CAESPA DUES | | $211.79 |

```
            Total Gross       $1,050.18     $14,762.77
Deduction(excl direct deposit)  $484.92      $5,525.15
            Net Pay            $565.26       $9,237.62
```

CHECK DATE: 9/22/2023         AMOUNT: $0.00

Direct Deposit Amount  $    565.26

MICHELLE C MATTIS                  V O I D        Connellsville Area School District
1504 E GIBSON AVE                                        732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                                   CONNELLSVILLE, PA 15425
                                                         Phone: (724)628-3300
                                                         Fax: (724)628-6845

D0341185
9/22/2023

ProSoft Paystub Reprint                                                                     Generated: 10/02/2023 | 11:05:52 PM

ProSoft Paystub Reprint　　　　　　　　　　　　　　　　　　　　　　　Generated: 10/02/2023 | 11:09:46 PM

SSN XXX-XX-8463　Name: MICHELLE C MATTIS　Dept: 08　Loc: 28 Emp # 2648

Connellsville Area School District
Check #: D0340606

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Special Ed Aide 26,000 @ $17.65 | $458.90 | $12,301.21 | FIT (S 0) | $21.57 | $853.31 |
| Summer Work | | $938.88 | Medicare | $6.65 | $180.38 |
| Retro | | $72.50 | Social Security | $28.45 | $771.22 |
| Extra Duty | | $400.00 | State Tax - Pennsylvania | $14.09 | $381.89 |
| | | | PA Unemp Comp | $.32 | $9.60 |
| | | | EIT 260308 - 1.0000% | $4.59 | $124.38 |
| | | | Ret. TG (DB) 5.5% | $28.68 | $857.04 |
| | | | DDN Deposit (CK) | $341.93 | $8,672.36 |
| | | | Ret. TG (DC) 2.75% | $12.62 | $377.10 |
| | | | American Fidelity Flex 12 | | $700.00 |
| | | | DEN 125 | | $509.68 |
| | | | VIS 125 | | $63.84 |
| | | | CAESPA DUES | | $211.79 |

Total Gross　$458.90　$13,712.59
Deduction(excl direct deposit)　$116.97　$5,040.23
Net Pay　$341.93　$8,672.36

CHECK DATE: 9/8/2023　　AMOUNT: $0.00

Direct Deposit Amount $　341.93

D0340606
9/8/2023

MICHELLE C MATTIS　　　　　V O I D　　　　Connellsville Area School District
1504 E GIBSON AVE　　　　　　　　　　　　　　　　732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425　　　　　　　　　　　CONNELLSVILLE, PA 15425
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (724)628-3300
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (724)628-6845

*Reg work (1.00/hr raise)*

ProSoft Paystub Reprint　　　　　　　　　　　　　　　　　　　　　　　Generated: 10/02/2023 | 11:09:46 PM

ProSoft Paystub Reprint                                                                 Generated: 10/02/2023 | 11:10:58 PM

SSN XXX-XX-8468   Name: MICHELLE C MATTIS   Dept: 08   Loc: 28 Emp # 2648

Connellsville Area School District
Check #: D0339677

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Summer Work 29.750 @ $14.50 | $431.38 | $938.88 | FIT (S 0) | $19.07 | $831.74 |
| Special Ed Aide | | $11,842.31 | Medicare | $6.26 | $173.73 |
| Retro | | $72.50 | Social Security | $26.75 | $742.77 |
| Extra Duty | | $400.00 | State Tax - Pennsylvania | $13.24 | $367.80 |
| | | | PA Unemp Comp | $.30 | $9.28 |
| | | | EIT 260308 - 1.0000% | $4.31 | $119.79 |
| | | | Ret. TG (DB) 5.5% | $26.96 | $828.36 |
| | | | DDN Deposit (CK) | $322.63 | $8,330.43 |
| | | | Ret. TG (DC) 2.75% | $11.86 | $364.48 |
| | | | American Fidelity Flex 12 | | $700.00 |
| | | | DEN 125 | | $509.68 |
| | | | VIS 125 | | $63.84 |
| | | | CAESPA DUES | | $211.79 |

Total Gross  $431.38  $13,253.69
Deduction(excl direct deposit)  $108.75  $4,923.26
Net Pay  $322.63  $8,930.43

CHECK DATE: 8/11/2023   AMOUNT: $0.00

Direct Deposit Amount  $   322.63

D0339677
8/11/2023

MICHELLE C MATTIS                V O I D         Connellsville Area School District
1504 E GIBSON AVE                                732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                           CONNELLSVILLE, PA 15425
                                                 Phone: (724)628-3300
                                                 Fax: (724)628-6845

ProSoft Paystub Reprint                                                  Generated: 10/02/2023 | 11:10:58 PM

ProSoft Paystub Reprint                                                                Generated: 10/02/2023 | 11:11:37 PM

**Connellsville Area School District**

SSN XXX-XX-XXXX   Name: MICHELLE C MATTIS   Dept: 0B   Loc: 28 Emp # 2648   Check #: D0339228

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Summer Work 19.500 @ $14.50 | $282.75 | $507.50 | FIT (S 0) | $16.13 | $812.67 |
| 6/29/23 Retro 5.000 @ $14.50 | $72.50 | $72.50 | Medicare | $5.73 | $167.47 |
| Special Ed Aide | | $11,842.31 | Social Security | $24.50 | $716.02 |
| Extra Duty | | $400.00 | State Tax - Pennsylvania | $12.13 | $354.56 |
| | | | PA Unemp Comp | $.25 | $8.98 |
| | | | EIT 260308 - 1.0000% | $3.95 | $115.48 |
| | | | Ret. TG (DB) 5.5% | $22.20 | $801.40 |
| | | | DDN Deposit (CK) | $300.61 | $8,007.80 |
| | | | DEN 125 | -$35.35 | $509.68 |
| | | | VIS 125 | -$4.57 | $63.84 |
| | | | Ret. TG (DC) 2.75% | $9.77 | $352.62 |
| | | | American Fidelity Flex 12 | | $700.00 |
| | | | CAESPA DUES | | $211.79 |

|  | Total Gross | $355.25 | $12,822.31 |
|---|---|---|---|
|  | Deduction(excl direct deposit) | $54.74 | $4,814.51 |
|  | Net Pay | $300.51 | $8,007.80 |

CHECK DATE: 7/28/2023          AMOUNT: $0.00

D0339228
7/28/2023

Direct Deposit Amount  $    300.51

MICHELLE C MATTIS                          V O I D          Connellsville Area School District
1504 E GIBSON AVE                                           732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                                      CONNELLSVILLE, PA 15425
                                                            Phone: (724)628-3300
                                                            Fax: (724)628-6845

ProSoft Paystub Reprint                                                                Generated: 10/02/2023 | 11:11:37 PM

ProSoft Paystub Reprint  Generated: 10-02-2023 | 11:29:46 PM

Name: DAVID L MATTIS Dept: 03 Loc: 99 Emp # 3679

**Connellsville Area School District**
Check #: D0338134

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 2.000 @ $125.00 | $250.00 | $4,500.00 | Medicare | $3.63 | $64.36 |
| Adjust | | -$62.50 | Social Security | $15.50 | $275.15 |
| | | | State Tax - Pennsylvania | $7.68 | $136.26 |
| | | | PA Unemp Comp | $.18 | $3.14 |
| | | | EIT 260308 - 1.0000% | $2.50 | $44.40 |
| | | | Ret. TG (DB) 5.5% | $15.63 | $277.36 |
| | | | **DDN Deposit (CK)** | **$204.88** | **$3,636.83** |

Total Gross  $250.00  $4,437.50
Deduction (excl direct deposit)  $45.12  $800.67
Net Pay  $204.88  $3,636.83

CHECK DATE: 6/16/2023  AMOUNT: $0.00

D0338134
6/16/2023

Direct Deposit Amount $ 204.08

DAVID L MATTIS
1504 E GIBSON AVE
CONNELLSVILLE PA 15425

V O I D

Connellsville Area School District
732 ROCKRIDGE ROAD
CONNELLSVILLE, PA 15425
Phone: (724) 628-3300
Fax: (724) 628-6845

ProSoft Paystub Reprint  Generated: 10-02-2023 | 11:29:46 PM

 

ProSoft Paystub Reprint                                             Generated: 10-02-2023 | 11:30:44 PM

**Connellsville Area School District**

Name: DAVID L MATTIS  Dept: 03  Loc: 99  Emp # 3679

Check #: D0337503

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 1.000 @ $125.00 | $125.00 | | Medicare | $3.63 | $60.73 |
| Teacher Sub Regular Ed 1.000 @ $125.00 | $125.00 | $4,250.00 | Social Security | $15.50 | $259.65 |
| Adjust | | -$62.50 | State Tax - Pennsylvania | $7.68 | $128.58 |
| | | | PA Unemp Comp | $.18 | $2.96 |
| | | | EIT 260308 - 1.0000% | $2.50 | $41.90 |
| | | | Ret. TG (DB) 5.5% | $15.63 | $261.73 |
| | | | DDN Deposit (CK) | $204.88 | $3,431.95 |

|   |   |   |
|---|---|---|
| Total Gross | $250.00 | $4,187.50 |
| Deduction (excl direct deposit) | $45.12 | $755.55 |
| Net Pay | $204.88 | $3,431.95 |

CHECK DATE: 6/2/2023           AMOUNT: $0.00

D0337503

Direct Deposit Amount $ 204.88                                      6/2/2023

DAVID L MATTIS                        V O I D        Connellsville Area School District
1504 E GIBSON AVE                                    732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                               CONNELLSVILLE, PA 15425
                                                     Phone: (724) 628-3300
                                                     Fax: (724) 628-6845

ProSoft Paystub Reprint                                             Generated: 10-02-2023 | 11:30:44 PM

ProSoft Paystub Reprint                                          Generated: 10-02-2023 | 11:31:02 PM

**Connellsville Area School District**

 Name: DAVID L MATTIS  Dept: 03  Loc: 99  Emp # 3679

Check #: D0336863

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 9.000 @ $125.00 | $1,125.00 | $4,000.00 | Medicare | $16.31 | $57.10 |
| Adjust | | -$62.50 | Social Security | $69.75 | $244.15 |
| | | | State Tax - Pennsylvania | $34.54 | $120.90 |
| | | | PA Unemp Comp | $.79 | $2.78 |
| | | | EIT 260308 - 1.0000% | $11.25 | $39.40 |
| | | | Ret. TG (DB) 5.5% | $70.31 | $246.10 |
| | | | **DDN Deposit (CK)** | **$922.05** | **$3,227.07** |
| Total Gross | $1,125.00 | $3,937.50 | | | |
| Deduction (excl direct deposit) | $202.95 | $710.43 | | | |
| Net Pay | $922.05 | $3,227.07 | | | |

CHECK DATE: 5/19/2023     AMOUNT: $0.00

D0336863

Direct Deposit Amount $ 922.05                                  5/19/2023

DAVID L MATTIS                          V O I D       Connellsville Area School District
1504 E GIBSON AVE                                              732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                                       CONNELLSVILLE, PA 15425
                                                              Phone: (724) 628-3300
                                                                Fax: (724) 628-6845

ProSoft Paystub Reprint                                          Generated: 10-02-2023 | 11:31:02 PM

ProSoft Paystub Reprint                                         Generated: 10-02-2023 | 11:31:25 PM

**Connellsville Area School District**

Name: DAVID L MATTIS  Dept: 03 Loc: 99 Emp # 3679

Check #: D0335592

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 2.000 @ $125.00 | $250.00 | $2,875.00 | Medicare | $6.34 | $40.79 |
| Teacher Sub Regular Ed 1.000 @ $125.00 | $125.00 | | Social Security | $27.13 | $174.40 |
| Teacher Sub Regular Ed 0.500 @ $125.00 | $62.50 | | State Tax - Pennsylvania | $13.43 | $86.36 |
| | | | PA Unemp Comp | $.31 | $1.99 |
| Adjust | | -$62.50 | EIT 260308 - 1.0000% | $4.38 | $28.15 |
| | | | Ret. TG (DB) 5.5% | $27.34 | $175.79 |
| | | | **DDN Deposit (CK)** | **$358.57** | **$2,305.02** |

```
               Total Gross    $437.50   $2,812.50
Deduction(excl direct deposit)  $78.93    $507.48
                  Net Pay      $358.57   $2,305.02
```

CHECK DATE: 4/21/2023              AMOUNT: $0.00

D0335592

Direct Deposit Amount $ 358.57                       4/21/2023

DAVID L MATTIS                V O I D      Connellsville Area School District
1504 E GIBSON AVE                          732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                     CONNELLSVILLE, PA 15425
                                           Phone: (724)628-3300
                                           Fax:  (724)628-6845

ProSoft Paystub Reprint                                         Generated: 10-02-2023 | 11:31:25 PM

AT Oct. 4. 2023 11:35AM **R DISTRIBUTION** No. 1299 P. 5
TO PARTICIPANT/BENEFICIARY

Huntington National Bank
Attn: Pension Dept.
7 Easton Oval, EA4E75 Columbus, OH 43219
Phone: 800/545-0703 / Fax: 614/331-5844

ACCOUNT #: [redacted] PLAN NAME: HIGHLANDS HOSPITAL
PLAN #: 70071

## PARTICIPANT INFORMATION (to be completed by Employer)

| Field | Value | Field | Value |
|---|---|---|---|
| Name: | C. Michelle Mattis | Birth Date: | 04-26-1957 |
| Social Security #: | [redacted] 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 | | |
| Address: | 1504 East Gibson Avenue | Hire Date: | 08-02-1980 |
| Address Cont'd: | | Commencement Date: | 05-01-2017 |
| City State & Zip: | Connellsville, PA 15425 | Termination Date: | 04-03-1997 |

## REASON FOR NON PERIODIC (LUMP SUM) DISTRIBUTION (to be completed by Employer)

☐ Termination  ☐ Hardship  ☐ Death  ☐ In-Service  ☐ QDRO  ☐ RMD

Gross amount of payment $ _____   If Death Benefit, decedent's social security number, name and date of death:

## LUMP SUM INFORMATION (to be completed by Employer)

☐ Lump Sum Cash  Note: 20% will be automatically withheld for Federal Withholding  Additional Federal withholding: $

☐ Rollover  Please fill out the information below.

I choose to have the taxable portion of my benefit rolled over as follows:  ☐ My IRA  ☐ My Qualified Plan

OR: A portion paid to Rollover and a portion paid as Cash: Rollover $ _____ / Cash $ _____

Name of IRA or Qualified Plan:

Account Number:

Name of Bank/Employer:

Address of Bank/Employer:

*(Section crossed out with large X)*

## PERIODIC INFORMATION: (to be completed by Employer)

☒ J&S 100 %
Spouse Name: David L. Mattis
SSN: [redacted] 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   DOB: 05-05-1952

☐ Life Only
☐ 5yr or ☐ 10 yr Certain  Date Pyts stop:
☐ QDRO  ☐ Disability  ☐ Death Benefit

Gross amount of payment $ 221.83
Frequency of payments:

If Death Benefit, decedent's social security number, name and date of death:

**DEDUCTIONS:**
For deductions from gross periodic payments, other than Federal & State withholding, please attach detailed instructions on withholding type & amounts. For Federal Withholding, please attach W4-P and for State withholding, please include with written instructions.

## MAILING INSTRUCTIONS (to be completed by Employer)

☐ Mail check to Company/Plan Administrator for delivery to Participant/Beneficiary(ies)

☐ Mail check to Participant/Beneficiary(ies)

**COPY**

## EMPLOYER AUTHORIZATION (required)

(Signature) Angela Danko   (Date) 04-06-2017

## PARTICIPANT AUTHORIZATION (required)

(Signature) Michelle Mattis   (Date) 04-06-2017

Revised 10/24/2007   Huntington Pension Dept.

**FirstEnergy**

76 S Main St
Akron, OH 44308

```
X    ZQAL
00940175  Mattis, David L
Pay Period From: 07/01/2023 To: 07/31/2023
Check Date      : 06/30/2023
FIT Status              Exemptions      Addtl
SIT Status              Exemptions      Addtl

Earnings - Current Period
Description                Rate      Amount           YTD
AYE NonGuar                         1,343.76        9,406.32

        Total Current Earnings      1,343.76        9,406.32

            Bank Name                              Amount
            --------------------------             ------
Net Pay to  Glass Cap Federal Credit              1,343.76

Total Net Pay                                     1,343.76
```

Check out www.FEretirees.com to keep up with recent
retirees, company news, discount offers and more.

Payment questions or info changes call 1-800-543-4654



# Social Security Administration
## Benefit Verification Letter

Date: October 2, 2023
BNC#: 23SV667J24784
REF: A

CAROL MICHELLE MATTIS
1504 EAST GIBSON AVE
SOUTH CONNELLSVILLE PA 15425-4931

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2022, the full monthly Social Security benefit before any deductions is $1,513.20.

We deduct $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,348.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Information About Past Social Security Benefits

From March 2022 to November 2022, the full monthly Social Security benefit before any deductions was $1,392.10.

We deducted $170.10 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,222.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

### Medicare Information

You are entitled to hospital insurance under Medicare beginning April 2022.

See Next Page

# Social Security Administration
# Benefit Verification Letter

Date: October 2, 2023
BNC#: 23PW350J77075
REF: A

DAVID LOUIS MATTIS
1504 EAST GIBSON AVENU
SOUTH CONNELLSVILLE PA 15425-4931

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2022, the full monthly Social Security benefit before any deductions is $2,114.00.

We deduct $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,949.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $1,944.80.

We deducted $170.10 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,774.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning May 2017.

See Next Page



ProSoft Paystub Reprint                                                                                 Generated: 10-06-2023 | 08:27:21 AM

Name: DAVID L MATTIS  Dept: 03  Loc: 99  Emp # 3679

**Connellsville Area School District**
Check #: D0338134

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 2.000 @ $125.00 | $250.00 | $4,500.00 | Medicare | $3.63 | $64.36 |
| Adjust | | -$62.50 | Social Security | $15.50 | $275.15 |
| | | | State Tax - Pennsylvania | $7.68 | $136.26 |
| | | | PA Unemp Comp | $.18 | $3.14 |
| | | | EIT 260308 - 1.0000% | $2.50 | $44.40 |
| | | | Ret. TG (DB) 5.5% | $15.63 | $277.36 |
| | | | **DDN Deposit (CK)** | **$204.88** | **$3,636.83** |
| Total Gross | $250.00 | $4,437.50 | | | |
| Deduction (excl direct deposit) | $45.12 | $800.67 | | | |
| Net Pay | $204.88 | $3,636.83 | | | |

CHECK DATE: 6/16/2023          AMOUNT: $0.00

Direct Deposit Amount $ 204.88

D0338134
6/16/2023

DAVID L MATTIS
1504 E GIBSON AVE
CONNELLSVILLE PA 15425

V O I D

Connellsville Area School District
732 ROCKRIDGE ROAD
CONNELLSVILLE, PA 15425
Phone: (724) 628-3300
Fax: (724) 628-6845

ProSoft Paystub Reprint                                                                                 Generated: 10-06-2023 | 08:27:21 AM

Export to the selected format ▼  Export  

ProSoft Paystub Reprint                                                                  Generated: 10-06-2023 | 08:25:02 AM

**Connellsville Area School District**

Name: DAVID L MATTIS  Dept: 03  Loc: 99  Emp # 3679                                       Check #: 00001945

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Teacher Sub Regular Ed 4.000 @ $125.00 | $500.00 | $5,062.50 | Medicare | $8.16 | $72.52 |
| Teacher Sub Regular Ed 0.500 @ $125.00 | $62.50 | | Social Security | $34.88 | $310.03 |
| Adjust | | -$62.50 | State Tax - Pennsylvania | $17.27 | $153.53 |
| | | | PA Unemp Comp | $.39 | $3.53 |
| | | | EIT 260308 - 1.0000% | $5.63 | $50.03 |
| | | | Ret. TG (DB) 5.5% | $35.16 | $312.52 |
| | | | Direct Deposit Net | | $3,636.83 |

| | | |
|---|---|---|
| Total Gross | $562.50 | $5,000.00 |
| Deduction (excl direct deposit) | $101.49 | $902.16 |
| Net Pay | $461.01 | $4,097.84 |

CHECK DATE: 10/6/2023       AMOUNT: $461.01

00001945

Four Hundred Sixty One Dollars And 01 Cents                                              10/6/2023

DAVID L MATTIS                                                Connellsville Area School District
1504 E GIBSON AVE                                                         732 ROCKRIDGE ROAD
CONNELLSVILLE PA 15425                                                CONNELLSVILLE, PA 15425
                                                                       Phone: (724)628-3300
                                                                         Fax: (724)628-6845

ProSoft Paystub Reprint                                                                  Generated: 10-06-2023 | 08:25:02 AM