UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michelle  Mattis                                    CHAPTER: 13
1504 E Gibson Ave                                   CASE NUMBER: 23-21984
Connellsville, PA 15425                             CLAIM AMOUNT: $831.32

Debtors.

────────────────────────────

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P.,

hereby withdraws its Proof of Claim number 19, filed 11/28/2023, in the amount of $831.32.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 4th day of December, 2023.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Michelle  Mattis |
|  | 1504 E Gibson Ave |
|  | Connellsville, PA 15425 |
|  |  |
| Debtor's Attorney: | Daniel  White |
|  | 18 Mill St Sq |
|  | Uniontown, PA 15401 |
|  |  |
| Chapter 13 Trustee: | Ronda J. Winnecour |
|  | 600 Grant St Ste 3250 |
|  | Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 4th day of December, 2023.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314