FILED
1/4/24 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| DAVID L. MATTIS ) | |
| C. MICHELLE MATTIS, ) | |
| **Debtor** ) | Bankruptcy No. 23-21984-GLT |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
| **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 38 |
| ) | |
| DAVID L. MATTIS ) | |
| C. MICHELLE MATTIS, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## STIPULATION

NOW COMES, Credit Acceptance Corporation ("Credit Acceptance"), by and through its counsel, Morton & Craig LLC, and David and Michelle Mattis ("Debtors") by and through their counsel Daniel R. White, Esquire, and stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code on September 19, 2023;

WHEREAS, the Debtors and Credit Acceptance are parties to a Motor Vehicle Installment Sales Contract dated June 28, 2022 (the "Contract") whereby the Debtors financed the purchase of a 2016 GMC Acadia bearing vehicle identification number 1GKKVRKD3GJ341674 (the "Vehicle");

WHEREAS, the Debtors filed a Chapter 13 Plan on October 11, 2023 in which the Debtors proposed to modify Credit Acceptance's lien and pay Credit Acceptance a total of $21,348.54 with interest at 6.0% for the Vehicle;

WHEREAS, Credit Acceptance filed a secured proof of claim on September 21, 2023 in the amount of $21,348.54 with contract interest accruing at an annual rate of 20.51%;

WHEREAS, the Debtors and Credit Acceptance have resolved the issues surrounding the Debtors' treatment of Credit Acceptance's secured claim in the Chapter 13 Plan and seek to enter into this Stipulation to resolve said issues.

NOW THEREFORE, the Debtors and Credit Acceptance hereby stipulate and agree as follows:

1. The Chapter 13 Plan dated October 11, 2023 shall incorporate the terms of this Stipulation as it relates to Credit Acceptance's secured claim or if the Debtors decide to file an amended Chapter 13 Plan, said amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to Credit Acceptance's secured claim.

2. That Credit Acceptance shall have a secured claim in the amount of $21,348.54 with annual interest to accrue at 10.0%, with the remainder of Credit Acceptance's claim to be treated as an unsecured claim.

3. That Credit Acceptance shall not release its lien on the Vehicle until the Debtors' Chapter 13 Plan has been fully completed and the Debtors receive a discharge, or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtors, and the Debtors receiving a discharge, Credit Acceptance shall release its lien on the Vehicle.

      4. That this Stipulation shall become null and void, without further Order of Hearing, if the Debtors' underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

Consented To:

| | |
|---|---|
| /s/ William E. Craig | /s/ Daniel R. White |
| William E. Craig, Esquire | Daniel R. White, Esquire |
| PA ID# 92329 | PA ID# 78718 |
| Morton & Craig LLC | Zebley Mehalov & White, P.C. |
| 110 Marter Ave. Suite 301 | 18 Mill Street Square |
| Moorestown, NJ 08057 | P.O. Box 2123 |
| (856) 866-0100 | Uniontown, PA 15401 |
| bcraig@mortoncraig.com | (724) 439-9200 |
| Attorney For Credit Acceptance Corporation | dwhite@zeblaw.com |
| | Attorney for Debtors |

/s/ Katherine M. DeSimone
Katherine M. DeSimone
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com
Chapter 13 Trustee

      AND NOW, this __4th__ day of __January__, 2024__, upon consideration of the Stipulation entered into by counsel for Credit Acceptance Corporation and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.

Dated: 1/4/24

                                    BY THE COURT:

                                      _____
                                      The Honorable Gregory L. Taddonio
                                      Chief U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21984-GLT |
| David L. Mattis | Chapter 13 |
| C. Michelle Mattis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ebnnotifications@creditacceptance.com | Jan 04 2024 23:52:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 bnicholas@kmllawgroup.com |
| Daniel White | on behalf of Joint Debtor C. Michelle Mattis lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel White | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 2

          on behalf of Debtor David L. Mattis
          lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

William E. Craig
          on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6