UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David L. Mattis C. Michelle Mattis | ) | CHAPTER: 13 |
| **Debtors** | **)** | CASE NUMBER: 23-21984 |
| | ) | CLAIM AMOUNT: $831.32 |
| Jefferson Capital Systems, LLC | ) | |
| **Movant** | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| David L. Mattis C. Michelle Mattis | ) | |
| **Respondents** | ) | |
| | ) | |
| Ronda J. Winnecour, | ) | |
| **Trustee** | ) | |

## AMENDED

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim #19, filed 11/28/2023, in the amount of $831.32.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 17th day of January, 2024.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | David L. Mattis and C. Michelle Mattis<br>1504 E Gibson Ave<br>Connellsville, PA 15425 |
| Debtor's Attorney: | Daniel White<br>1310 Morrell Ave Ste 3<br>Connellsville, PA 15425 |
| Chapter 13 Trustee: | Ronda J. Winnecour<br>600 Grant St Ste 3250<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 17th day of January, 2024.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314