FILED
1/19/24 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David L. Mattis C. Michelle Mattis ) | CHAPTER: 13 |
| **Debtors** ) | CASE NUMBER: 23-21984 |
| ) | CLAIM AMOUNT: $831.32 |
| Jefferson Capital Systems, LLC ) | Related Dkt. No. 41 |
| **Movant** ) | |
| ) | |
| V. ) | |
| ) | |
| David L. Mattis C. Michelle Mattis ) | |
| **Respondents** ) | |
| ) | |
| Ronda J. Winnecour, ) | |
| **Trustee** ) | |

## AMENDED

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim #19, filed 11/28/2023, in the amount of $831.32.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 17th day of January, 2024.

So ORDERED this 19th day of January 2024

_____
GREGORY TADDONIO hct
CHIEF U.S. BANKRUPTCY JUDGE

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21984-GLT |
| David L. Mattis | Chapter 13 |
| C. Michelle Mattis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2024 00:19:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 bnicholas@kmllawgroup.com |
| Daniel R. White | |
| | on behalf of Joint Debtor C. Michelle Mattis lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Debtor David L. Mattis
    lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6