IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| David L. Mattis | ) | Case No. 23-21984 |
| C. Michelle Mattis | | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his appearance as counsel for and on behalf of Credit Acceptance Corporation, creditors in the above-captioned matter, and hereby requests, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"); and, pursuant to Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in this case be given and served upon the party listed below at the following address and telephone number:

> William E. Craig, Esquire
> Eisenberg, Gold & Agrawal, P.C.
> 1040 N. Kings Highway, Suite 200
> Cherry Hill, NJ 08034
> Telephone: 856-330-6200
> Facsimile: 856-330-6207
> wcraig@egalawfirm.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding herein.

This Notice of Appearance and Request for Service of Papers, and any subsequent

appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of Credit Acceptance Corporation right: (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Credit Acceptance Corporation is or may be entitled, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Credit Acceptance Corporation expressly reserve.

      Respectfully submitted,

      EISENBERG, GOLD & AGRAWAL, P.C.

By: */s/ William E Craig*
    William E. Craig
    1040 N. Kings Highway, Suite 200
    Cherry Hill, NJ 08034
    Telephone: 856-330-6200
    Facsimile: 856-330-6207
    wcraig@egalawfirm.com
    *Counsel to Credit Acceptance Corporation*

Dated: February 7, 2024