IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| DAVID L. MATTIS ) | |
| C. MICHELLE MATTIS, ) | |
| **Debtor** ) | Bankruptcy No. 23-21984-GLT |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
| **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 58 |
| ) | |
| DAVID L. MATTIS ) | |
| C. MICHELLE MATTIS, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

### CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C. 1040 Kings Highway North #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on March 4, 2024 I served by electronic means and/or United States mail, first class, postage prepaid, the Default Order on Motion For Relief From Stay filed in this proceeding on:

David and Michelle Mattis
1504 East Gibson Avenue
South Connellsville, PA 15425
(Debtors)

Daniel R. White, Esq.
Zebley Mehalov & White, P.C.
18 Mill Street Square
PO Box 2123
Uniontown, PA 15401
(Attorney For Debtors)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N. #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalwafirm.com