FILED
4/14/25 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

IN RE:

Mattis, David L.Mattis, C. Michelle

             Debtor(s)

U.S. Bank National Association, as trustee, on behalf
of the holders of the Terwin Mortgage Trust 2006-7
Asset-Backed Securities, Series 2006-7

             Movant

VS.

Mattis, David L.Mattis, C. Michelle

             Respondents

NO. 23-21984 GLT

13

Related to Docs:   76 and 81

Hearing Date: April 16, 2025

## ORDER

Upon consideration of the Motion filed by U.S. Bank National Association, as trustee, on behalf of
the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7  it is **Ordered**
and **Decreed** that the Motion is **granted**, and the hearing scheduled for April 16, 2025  at 9:00 a.m.  is
hereby continued for 30 days days to  May 14, 2025 at 9 a.m. in Courtroom A 54th Floor U.S. Steel Tower
600 Grant St., Pittsburgh, PA. All parties that wish to participate in the hearing via Zoom may do so in
compliance with Judge Taddonio's Procedures.

             By the Court,

Dated: 4/14/25
cm: Debtors

                               J.

GREGORY L. TADDONIO hct
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-21984-GLT

David L. Mattis                                                                     Chapter 13

C. Michelle Mattis

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

**Recip ID**       **Recipient Name and Address**
db/jdb       + David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**       **Bypass Reason**       **Name and Address**
cr       U.S. Bank National Association, as trustee, on beh

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

**Name**       **Email Address**

Daniel R. White
       on behalf of Joint Debtor C. Michelle Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White
       on behalf of Debtor David L. Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon
       on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 dcarlon@kmllawgroup.com

Michelle L. McGowan
       on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 mimcgowan@raslg.com

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Apr 14, 2025                       Form ID: pdf900                          Total Noticed: 1

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com

William E. Craig
                     on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                     mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 7