FILED
7/3/25 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-21984-GLT |
| | : | Chapter 13 |
| David L. Mattis, | : | |
| C Michelle Mattis | : | Related to Dkt. No, 93 |
| *Debtor(s)* | : | |
| | : | |

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

**AND NOW,** this matter having come before the Court upon the filing of a *Settlement and Certification of Counsel Regarding Confirmed Plan on Final Basis / Amended Chapter 13 Plan Dated May 7, 2025* [Dkt. No. 93]. The Court heard the matter on July 2, 2025, at which time the chapter 13 trustee reported that debtors David and C. Michelle Mattis are currently $10,497 in arrears on their plan obligations and have not made any payments since May 2025. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A show cause hearing will be held on **July 30, 2025 at 11:00 am** in Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh, Pennsylvania at which the Debtors shall appear and show cause why this case should not be dismissed without prejudice for failure to make any plan payments.

2. On or before **July 23, 2025**, the Debtors shall file a written response to this order.

Dated: July 3, 2025

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case administrator to mail to:
David L Mattis
C. Michelle Mattis
Daniel R. White.

{00036057 - 7/3/2025 08:45 AM}

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21984-GLT |
| David L. Mattis | Chapter 13 |
| C. Michelle Mattis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Joint Debtor C. Michelle Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | |
| | on behalf of Debtor David L. Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 dcarlon@kmllawgroup.com |
| Michelle L. McGowan | |
| | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 mimcgowan@raslg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jul 03, 2025     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7