**Form COD**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                            Bankruptcy Case No.: 23−21984−GLT
                                                                  Chapter: 13

**David L. Mattis**
**C. Michelle Mattis**
aka Carol Michelle Mattis
   Debtor(s)

### ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13
### TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: January 16, 2026

<u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21984-GLT |
| David L. Mattis | Chapter 13 |
| C. Michelle Mattis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931 |
| 15646255 | + | Cross River Bank/Upgrade, 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 15638777 | + | Glass Cap Federal Cred, P.O. Box 60070, Harrisburg, PA 17106-0070 |
| 15638778 | | Glass Cap Federal Credit Union Visa, P.O. Box 31112, Tampa, FL 33631-3112 |
| 15646256 | + | Penn Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 15638794 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, TEMPOE, 1750 Elm Street--Suite 1200, Manchester, NH 03104 |
| 15638795 | + | The United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2026 00:16:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2026 00:17:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15646254 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 17 2026 00:16:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 15638766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2026 00:20:56 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638768 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2026 00:17:00 | Capital One Bank USA NA, c/o Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 15644031 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2026 00:20:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15638769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2026 00:20:48 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638770 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2026 00:16:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15638771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2026 00:16:00 | Comenity/Boot Barn, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15638772 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2026 00:16:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15645138 | | Email/Text: mrdiscen@discover.com | Jan 17 2026 00:16:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 15638774 | + | Email/Text: mrdiscen@discover.com | | |

Case 23-21984-GLT   Doc 122   Filed 01/18/26   Entered 01/19/26 00:28:09   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15638775 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 17 2026 00:16:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| | | | Jan 17 2026 00:16:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15638779 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2026 00:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15661529 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2026 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15638780 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2026 00:17:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15638781 | ^ | MEBN | Jan 17 2026 00:11:12 | KML Law Group, BNY Mellon Independence Center, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1538 |
| 15638782 | | Email/Text: bk@lendmarkfinancial.com | Jan 17 2026 00:16:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd., Suite 300, Lawrenceville, GA 30042 |
| 15639213 | | Email/Text: bk@lendmarkfinancial.com | Jan 17 2026 00:16:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 15638784 | | Email/Text: ml-ebn@missionlane.com | Jan 17 2026 00:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15655080 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2026 00:17:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 15638783 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2026 00:17:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15638785 | + | Email/Text: Bankruptcies@nragroup.com | Jan 17 2026 00:17:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15638786 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 17 2026 00:17:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15638787 | + | Email/PDF: cbp@omf.com | Jan 17 2026 00:20:48 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15638788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2026 00:20:50 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15661170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2026 00:20:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15661786 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2026 00:16:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15661785 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2026 00:16:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15646258 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 17 2026 00:16:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR #114, INDIANAPOLIS, IN 46240-3813 |
| 15638789 | + | Email/Text: customerservice@rfgionline.com | Jan 17 2026 00:17:00 | RFGI, Attn: Bankruptcy, P.O. Box 537, Sycamore, IL 60178-0537 |
| 15638790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2026 00:17:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15638791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2026 00:21:03 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15638792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2026 00:21:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15638793 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2026 00:21:03 | Synchrony Bank/TJX Rewards, Attention: Bankruptcy Department, P.O. Box 965060, |

Case 23-21984-GLT   Doc 122   Filed 01/18/26   Entered 01/19/26 00:28:09   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 15661787 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 17 2026 00:17:00 | | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15638796 | | Email/Text: bknotice@upgrade.com Jan 17 2026 00:16:00 | | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15660221 | + | Email/Text: BNCnotices@dcmservices.com Jan 17 2026 00:16:00 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15646257 | + | Email/Text: BankruptcyNotice@upmc.edu Jan 17 2026 00:17:00 | | UPMC Shadyside, 5230 Centre Avenue, Pittsburgh, PA 15232-1304 |
| 15638797 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jan 17 2026 00:17:00 | | US Bank, NA, P.O. Box 790084, Saint Louis, MO 63179 |
| 15647424 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Jan 17 2026 00:17:00 | | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1911 |
| 15658669 | | Email/PDF: ebn_ais@aisinfo.com Jan 17 2026 00:20:58 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15653576 | + | Email/Text: bankruptcy@firstenergycorp.com Jan 17 2026 00:17:00 | | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15638798 | + | Email/Text: bankruptcy@firstenergycorp.com Jan 17 2026 00:17:00 | | West Penn Power, 76 South Main Street, A-RPC, Akron, OH 44308-1817 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as trustee, on beh |
| cr | | U.S. Bank Trust Company, National Association, as |
| 15638767 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638773 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15638776 | *+ | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf900 | Total Noticed: 51 |

Daniel R. White
    on behalf of Debtor David L. Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White
    on behalf of Joint Debtor C. Michelle Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 dcarlon@kmllawgroup.com

Jordan Matthew Katz
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Ba jkatz@raslg.com

Michelle L. McGowan
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8