FILED
2/24/26 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| **David L Mattis** | ) **Case No. 23-21984 – GLT** |
| **C. Michelle Mattis** | ) |
| | ) **Chapter 13** |
| **Debtor(s).** | ) |
| _____ | X   Related Dkt. No. 124 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by: _____

☐   a motion to lift stay
as to creditor      _____

☐   Other:      _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 5-7-25

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $3,185.00 to $3,798.00 per <u>month,</u> effective 3-26; and/or the Plan term shall be changed from ___ months to ____ months.                         .

-1-

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:

- Trustee's Certificate of Default (at Doc 118) is treated as resolved by this Order.
- *Debtor(s) are to fund the plan by TFS  [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review*

-2-

*all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-3-

**SO ORDERED**, this <u>24th</u> day of <u>February</u>, 202<u>6</u>

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Daniel R. White_____            /s/ Kate DeSimone_____
Counsel to Debtor                       Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 23-21984-GLT

David L. Mattis                                                                     Chapter 13

C. Michelle Mattis

        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Mattis, C. Michelle Mattis, 1504 East Gibson Avenue, South Connellsville, PA 15425-4931 |
| 15638777 | + | Glass Cap Federal Cred, P.O. Box 60070, Harrisburg, PA 17106-0070 |
| 15638778 | | Glass Cap Federal Credit Union Visa, P.O. Box 31112, Tampa, FL 33631-3112 |
| 15646256 | + | Penn Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 15638794 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, TEMPOE, 1750 Elm Street--Suite 1200, Manchester, NH 03104 |
| 15638795 | + | The United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2026 00:28:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2026 00:29:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15646254 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 25 2026 00:28:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 15646255 | | Email/Text: vbacchas@crossriverbank.com | Feb 25 2026 00:29:00 | Cross River Bank/Upgrade, 885 Teaneck Road, Teaneck, NJ 07666 |
| 15638766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:37:56 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638768 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2026 00:29:00 | Capital One Bank USA NA, c/o Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 15644031 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:37:56 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15638769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:38:12 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638770 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15638771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:29:00 | Comenity/Boot Barn, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15638772 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2026 00:28:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15645138 | | Email/Text: mrdiscen@discover.com | Feb 25 2026 00:28:00 | Discover Bank, P.O. Box 3025, New Albany, Oh |

District/off: 0315-2                                    User: auto                                        Page 2 of 4

Date Rcvd: Feb 24, 2026                                Form ID: pdf900                                    Total Noticed: 51

| | | | | |
|---|---|---|---|---|
| | | | | 43054-3025 |
| 15638774 | + | Email/Text: mrdiscen@discover.com | Feb 25 2026 00:28:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15638775 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 25 2026 00:28:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15638779 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2026 00:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15661529 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2026 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15638780 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2026 00:29:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15638781 | ^ | MEBN | Feb 25 2026 00:26:16 | KML Law Group, BNY Mellon Independence Center, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1538 |
| 15638782 | | Email/Text: bk@lendmarkfinancial.com | Feb 25 2026 00:28:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd., Suite 300, Lawrenceville, GA 30042 |
| 15639213 | | Email/Text: bk@lendmarkfinancial.com | Feb 25 2026 00:28:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 15638784 | | Email/Text: ml-ebn@missionlane.com | Feb 25 2026 00:28:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15655080 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2026 00:29:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 15638783 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2026 00:29:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15638785 | + | Email/Text: Bankruptcies@nragroup.com | Feb 25 2026 00:29:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15638786 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2026 00:29:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15638787 | + | Email/PDF: cbp@omf.com | Feb 25 2026 00:37:55 | OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15638788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 00:37:58 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15661170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 00:37:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15661786 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15661785 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15646258 | + | Email/Text: shari.stephenson@revcosolutions.com | Feb 25 2026 00:29:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR #114, INDIANAPOLIS, IN 46240-3813 |
| 15638789 | + | Email/Text: customerservice@rfgionline.com | Feb 25 2026 00:29:00 | RFGI, Attn: Bankruptcy, P.O. Box 537, Sycamore, IL 60178-0537 |
| 15638790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2026 00:29:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15638791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:56 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15638792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:37:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |

| 15638793 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2026 00:38:11 | Synchrony Bank/TJX Rewards, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15661787 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2026 00:29:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15638796 | Email/Text: bknotice@upgrade.com | Feb 25 2026 00:28:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15660221 | + Email/Text: BNCnotices@dcmservices.com | Feb 25 2026 00:29:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15646257 | + Email/Text: BankruptcyNotice@upmc.edu | Feb 25 2026 00:29:00 | UPMC Shadyside, 5230 Centre Avenue, Pittsburgh, PA 15232-1304 |
| 15638797 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 25 2026 00:29:00 | US Bank, NA, P.O. Box 790084, Saint Louis, MO 63179 |
| 15647424 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2026 00:29:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1911 |
| 15658669 | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2026 00:37:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15653576 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2026 00:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15638798 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2026 00:29:00 | West Penn Power, 76 South Main Street, A-RPC, Akron, OH 44308-1817 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as trustee, on beh |
| cr | | U.S. Bank Trust Company, National Association, as |
| 15638767 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15638773 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15638776 | *+ | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 24, 2026                       Form ID: pdf900                               Total Noticed: 51

| Name | Email Address |
| --- | --- |
| Daniel R. White | on behalf of Debtor David L. Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor C. Michelle Mattis r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 dcarlon@kmllawgroup.com |
| Jordan Matthew Katz | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Ba jkatz@raslg.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Securities, Series 2006-7 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8